# Exhibit 2

# U.S. Patent No. 8,244,586

Accused Instrumentality: Amazon.com advertising system and methods, and all versions and variations thereof since the issuance of the asserted patent.

| Issued Claim(s) | Accused Instrumentality |
|---|---|
| 1. A tangible computer system programmed to implement a method of securing revenue from offsite targeted Internet advertising, the method comprising: | Accused Instrumentality comprises a tangible computer system programmed to implement a method of securing revenue from offsite targeted Internet advertising.<br><br>**What is Amazon DSP?**<br><br>Amazon DSP is a demand-side platform that allows advertisers and agencies to programmatically reach audiences across the web. A demand-side platform is software that provides automated, centralized media buying from multiple sources.<br><br>Source: https://advertising.amazon.com/resources/faq?ref-=a20m_us_hnav_faq#dsp<br><br>**Unified Ad Marketplace**<br>Improve earnings with one simple cloud header bidding integration. Access unique demand from Amazon and SSPs.<br><br>Source: https://aps.amazon.com/aps/unified-ad-marketplace/index.html<br><br>**How do I get paid?**<br>UAM consolidates earnings from all bidders and issues one payment on a net 60-day basis. For example, revenue earned in January net of tax will be paid at the end of March if it meets the USD $5 minimum earnings threshold.<br><br>**What are the fees for using UAM?**<br>UAM charges a 10% transaction fee from SSP bid prices prior to conducting a first price auction.<br><br>Source: https://aps.amazon.com/aps/unified-ad-marketplace/index.html |

| | |
|---|---|
| | **Unique and unified demand** <br><br> We combine unique product ads from Amazon and demand from SSPs. All bidders compete equally and transparently. <br><br> Source: https://aps.amazon.com/aps/unified-ad-marketplace/index.html |
| (a) automatically creating records of a multitude of visitor computers that visit a first Internet site using a tag on each of such visitor computers; | Accused Instrumentality comprises a tangible computer system programmed to implement a method comprising automatically creating records of a multitude of visitor computers that visit a first Internet site using a tag on each of such visitor computers. <br><br> Like other online ad networks, we use cookies, web beacons (also known as action tags or single-pixel gifs), and other technologies (collectively, "cookies"). Cookies enable us to learn about what ads you see, what ads you click, and other actions you take on our sites and other sites. This allows us to provide you with more useful and relevant ads. For example, if we know what ads you are shown we can be careful not to show you the same ones repeatedly. We do not associate your interaction with unaffiliated sites with your identity in providing you with interest-based ads. <br><br> Source: https://www.amazon.com/gp/help/customer/display.html?nodeId=202075050 |

| | |
|---|---|
| | **Automatic Information**<br><br>Examples of the information we collect and analyze include the Internet protocol (IP) address used to connect your computer to the Internet; login; e-mail address; password; computer and connection information such as browser type, version, and time zone setting, browser plug-in types and versions, operating system, and platform; purchase history, which we sometimes aggregate with similar information from other customers to create features like Top Sellers ; the full Uniform Resource Locator (URL) clickstream to, through, and from our Web site, including date and time; cookie number; products you viewed or searched for; and the phone number you used to call our 800 number. We may also use browser data such as cookies, Flash cookies (also known as Flash Local Shared Objects), or similar data on certain parts of our Web site for fraud prevention and other purposes. During some visits we may use software tools such as JavaScript to measure and collect session information, including page response times, download errors, length of visits to certain pages, page interaction information (such as scrolling, clicks, and mouse-overs), and methods used to browse away from the page. We may also collect technical information to help us identify your device for fraud prevention and diagnostic purposes.<br><br>Source: https://www.amazon.com/gp/help/customer/display.html/ref=hp_left_v4_sib?ie=UTF8&nodeId=201909010#GUID-1B2BDAD4-7ACF-4D7A-8608-CBA6EA897FD3__SECTION_87C837F9CCD84769B4AE2BEB14AF4F01<br><br>Reach Amazon customers at scale on both desktop and mobile, accessing unique supply on Amazon's owned and operated websites, and on third party sites available through leading publishers and the largest exchanges<br>Source: https://advertising.amazon.com/case/aapadvertisergoals |
| (b) automatically facilitating direction of at least one off-site advertisement to visitor computers visiting a second Internet site as a consequence of computer-determining, using the tags and the records, that the visitor computers have visited the first Internet site, which off-site advertisement concerns at least one offering of a third-party advertiser that has paid to display said advertisement on visitor computers that have visited the first Internet site and has | Accused Instrumentality comprises a tangible computer system programmed to implement a method comprising automatically facilitating direction of at least one off-site advertisement to visitor computers visiting a second Internet site as a consequence of computer-determining, using the tags and the records, that the visitor computers have visited the first Internet site, which off-site advertisement concerns at least one offering of a third-party advertiser that has paid to display said advertisement on visitor computers that have visited the first Internet site and has displayable subject matter that is targeted to visitors of the first Internet site based on visitor profile information connected to the tag. |

| | |
|---|---|
| displayable subject matter that is targeted to visitors of the first Internet site based on visitor profile information connected to the tag; and | What is Amazon DSP?<br><br>Amazon DSP is a demand-side platform that allows advertisers and agencies to programmatically reach audiences across the web. A demand-side platform is software that provides automated, centralized media buying from multiple sources.<br><br>Source: https://advertising.amazon.com/resources/faq?ref-=a20m_us_hnav_faq#dsp<br><br>Unified Ad Marketplace<br>Improve earnings with one simple cloud header bidding integration. Access unique demand from Amazon and SSPs.<br><br>Source: https://aps.amazon.com/aps/unified-ad-marketplace/index.html<br><br>**One contract, one check**<br>Access all demand with one click-through agreement. We combine all earnings and send you one payment in just 60 days.<br><br><br><br><br>**Who are the bidders on UAM?**<br>Amazon and SSPs.<br><br>Source: https://aps.amazon.com/aps/unified-ad-marketplace/index.html |



Google AdX - Ad Exchange Certified External Vendors
Source: https://developers.google.com/third-party-ads/adx-vendors

# 5 Reasons Why Exchanges Are Signing Up For Amazon TAM

Because Amazon's tag will be on the page (and everyone else's one step away), it will be able to identify users slightly better than the partners in the wrapper.

Source: https://adexchanger.com/ad-exchange-news/5-reasons-exchanges-signing-amazon-tam/

| | |
|---|---|
| | ## Interest-Based Ads<br><br>On both Amazon-owned and operated sites and unaffiliated sites, Amazon displays interest-based advertising using information you make available to us when you interact with our sites, content, or services. Interest-based ads, also sometimes referred to as personalized or targeted ads, are displayed to you based on information from activities such as purchasing on our sites, visiting sites that contain Amazon content or ads, interacting with Amazon tools, or using our payment services. Click here for more information about the types of information that we gather. In providing interest-based ads, we follow the Self-Regulatory Principles for Online Behavioral Advertising developed by the Digital Advertising Alliance (a coalition of marketing, online advertising, and consumer advocacy organizations).<br><br>Source: https://www.amazon.com/gp/help/customer/display.html?nodeId=202075050<br><br>Like other online ad networks, we use cookies, web beacons (also known as action tags or single-pixel gifs), and other technologies (collectively, "cookies"). Cookies enable us to learn about what ads you see, what ads you click, and other actions you take on our sites and other sites. This allows us to provide you with more useful and relevant ads. For example, if we know what ads you are shown we can be careful not to show you the same ones repeatedly. We do not associate your interaction with unaffiliated sites with your identity in providing you with interest-based ads.<br><br>Source: https://www.amazon.com/gp/help/customer/display.html?nodeId=202075050<br><br><br><br>**Improved user experience**<br>High quality SSP creatives that undergo review*. Reduce latency with one ad call to our server.<br><br>Source: https://aps.amazon.com/aps/unified-ad-marketplace/index.html |
| (c) as a result of the acts in parts (a) and (b), automatically causing the first | Accused Instrumentality comprises a tangible computer system programmed to implement a method comprising, as a result of the acts in parts (a) and (b), automatically causing the first |

| | |
|---|---|
| Internet site to receive revenue from the off-site advertisement being directed to the visitor computers that have visited the first Internet site. | Internet site to receive revenue from the off-site advertisement being directed to the visitor computers that have visited the first Internet site.<br><br>**What reporting is available?**<br>Reporting includes bid requests, impressions and earnings with filters for sites, ad slots, sizes, price points, and devices.<br><br>**How do I get paid?**<br>UAM consolidates earnings from all bidders and issues one payment on a net 60-day basis. For example, revenue earned in January net of tax will be paid at the end of March if it meets the USD $5 minimum earnings threshold.<br><br>**What are the fees for using UAM?**<br>UAM charges a 10% transaction fee from SSP bid prices prior to conducting a first price auction.<br><br>**One contract, one check**<br>Access all demand with one click-through agreement. We combine all earnings and send you one payment in just 60 days.<br><br><br>Source: https://aps.amazon.com/aps/unified-ad-marketplace/index.html |