**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| ALMONDNET, INC.,<br><br>           Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES LLC, and AMAZON WEB SERVICES, INC.,<br><br>           Defendants. | Civil Action No. 6:21-cv-00898-ADA<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF REQUEST FOR DAILY TRIAL TRANSCRIPTS AND REAL-TIME REPORTING OF COURT PROCEEDINGS BY DEFENDANTS AMAZON.COM, INC., AMAZON.COM SERVICES LLC AND AMAZON WEB SERVICES, INC.**

Pursuant to the Court's Amended Scheduling Order (Dkt. 215) and the Court's OGP 4.3, Defendants Amazon.com, Inc., Amazon.com Services LLC and Amazon Web Services, Inc. ("Amazon") hereby requests daily trial transcripts and Real-Time reporting of the proceedings during the February 5-9 trial proceedings of this matter.

A copy of this notice has been transmitted via electronic mail to the Court Reporter, Kristie Davis, at kmdaviscsr@yahoo.com.

Dated:  December 21, 2023

Respectfully submitted,

By:  /s/ Ravi R. Ranganath

*Of Counsel*:

Deron R. Dacus (TX Bar #00790553)
ddacus@dacusfirm.com
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Tel: (903) 705-1117
Fax: (903) 581-2543

J. David Hadden (CA Bar No. 176148)
Email: dhadden@fenwick.com
Saina S. Shamilov (CA Bar No. 215636)
Email: sshamilov@fenwick.com
Ravi R. Ranganath (CA Bar No. 272981)
Email: rranganath@fenwick.com
Johnson K. Kuncheria (TX Bar No. 24070092)
Email: jkuncheria@fenwick.com
Johnathan L. Chai (CA Bar No. 339315)
Email: jchai@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Tel: (650) 988-8500
Fax: (650) 938-5200

Todd R. Gregorian (CA Bar No. 236096)
Email: tgregorian@fenwick.com
Eric B. Young, (CA Bar No. 318754)
Email: eyoung@fenwick.com
Dargaye Churnet (*Admitted Pro Hac Vice*)
Email: dchurnet@fenwick.com
Christopher L. Larson (CA Bar No. 308247)
Email: clarson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: (415) 875-2300

Jeffrey A. Ware (WA Bar No. 43779)
Email: jware@fenwick.com
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA  98101
Tel: (206) 389-4510

James S. Trainor (*Admitted Pro Hac Vice*)
Email: jtrainor@fenwick.com
Jessica Lin (NY Bar No. 5035860)
Email: jessica.lin@fenwick.com
Eric Menist (NY Bar No. 5721568)
Email: emenist@fenwick.com
FENWICK & WEST LLP

1

902 Broadway, 18th Floor
New York, NY 10010
Tel: (212) 921-2001

*Counsel for Defendants*
AMAZON.COM, INC., AMAZON.COM SERVICES
LLC, and AMAZON WEB SERVICES, INC.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail.

*/s/ Ravi R. Ranganath*
Ravi R. Ranganath
