**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| ALMONDNET, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES LLC, and AMAZON WEB SERVICES, INC.,<br><br>Defendants. | Civil Action No. 6:21-cv-00898-ADA<br><br>**JURY TRIAL DEMANDED** |

## FINAL JUDGMENT

In accordance with the jury verdict and pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, it is hereby ORDERED and ADJUDGED that:

1. Claim 37 of U.S. Patent No. 8,671,139 (the "'139 patent") is infringed by Defendants Amazon.com, Inc., Amazon.com Services LLC, and Amazon Web Services, Inc. (collectively, "Defendants" or "Amazon");

2. Claim 24 of U.S. Patent No. 7,822,639 (the "'639 patent") is infringed by Amazon;

3. Claim 37 of the '139 patent and claim 24 of the '639 patent are not invalid;

4. Judgment is hereby entered in favor of AlmondNet and against Amazon in the lump sum of $121,950,000.00;

5. AlmondNet is further awarded pre-judgment interest at the one-year Treasury-Bill rate, compounded annually, in the amount of $14,652,376.00.

6. AlmondNet shall be entitled to post-judgment interest pursuant to 28 U.S.C. § 1961; and

7. AlmondNet shall be entitled to recover costs of court.

8. Entry of this FINAL JUDGMENT starts the time for filing any post-trial motions or appeal.

SIGNED on September 24, 2024.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE